THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Rosalie Mann, Harold Hopkins, and John Doe, and CHILD: Christopher A. Hopkins, 
 DOB: 7-3-96, CHILD: Lexus M. Hopkins, DOB: 9-4-97, minor children under the 
 age of fourteen years,        Defendants,
Of whom Rosalie Mann is       
Appellant.
 
 
 

Appeal From Richland County
H. Bruce Williams, Family Court Judge

Unpublished Opinion 
 No. 2003-UP-547
Submitted July 15, 2003  Filed September 
 25, 2003

AFFIRMED

 
 
 
Sherwood M. Cleveland, of Columbia, for Appellant.
Lyn Howell Hensel, of Columbia, for Respondent.
John D. Elliott, of Columbia, Guardian ad Litem.
Nelda T. Smyrl, of Columbia, for the Guardian ad
Litem.
 
 
 

PER CURIAM:  Rosalie Mann appeals from a family court order terminating 
 her parental rights to her two minor children.  Pursuant to Ex parte Cauthen, 
 291 S.C. 465, 354 S.E.2d 381 (1987), Manns counsel attached to the record of 
 the family court proceedings an affidavit stating his belief that the appeal 
 lacks merit.  Mann did not file a response to counsels affidavit.  Upon reviewing 
 the record and the family courts determination in its entirety, we find no 
 meritorious issues warranting briefing.  Accordingly, the family courts decision 
 is 
 AFFIRMED. [1] 
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.